UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

CHRISTOPHER SHAW,

          Defendant.

- - - - - - - - - - - - - - - - X

O R D E R

04-0862 (NG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 20 2006 ★

BROOKLYN OFFICE

IT IS HEREBY ORDERED that the above-captioned case is hereby unsealed.

Dated: Brooklyn, New York
       March 17, 2006

                            s/Nina Gershon
                            _____
                            THE HONORABLE NINA GERSHON
                            UNITED STATES DISTRICT JUDGE